1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    JOSEPHINE BASULTO,
                                          No    C 09-3324 VRW
7            Plaintiff,
                                          ORDER
8            v

9    GMAC MORTGAGE,

10           Defendant.

11    _____/

12

13           On July 21, 2009, plaintiff filed her action together

14    with an application to proceed in forma pauperis. On October 19,

15    2009, after this case was reassigned to the undersigned judge, the

16    court granted plaintiff's application to proceed in forma pauperis.

17    Doc #6.

18           There has been no further docket activity in this case.

19    The order granting the in forma pauperis application directed the

20    United States Marshals Service to serve the summons and complaint

21    upon the defendant; there is no indication that this has happened.

22           Because nine months have passed since the court's order,

23    the court requests that plaintiff reaffirm her intention to proceed

24    with her lawsuit before steps are taken to effect service on the

25    defendant.  If plaintiff wishes to proceed with her lawsuit, she

26    must file with the court, no later than July 30, 2010, a letter so

27    stating.  If such a letter is not received on or before July 30,

28    2010, this case will be dismissed without prejudice.

1          Plaintiff is strongly advised (but not required) to

2    contact the Bar Association of San Francisco's Legal Help Center

3    for free legal assistance with her case.  The Legal Help Center is

4    located on the 15th Floor of the courthouse at 450 Golden Gate

5    Avenue in San Francisco.  Appointments may be made by visiting the

6    Legal Help Center in person or by calling (415)782-9000, extension

7    8657.

8

9          IT IS SO ORDERED.

10

11    _____

12    VAUGHN R WALKER
      United States District Chief Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28