IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPHINE BASULTO,

    Plaintiff,

    v

GMAC MORTGAGE,

    Defendant.

                                     /

No   C 09-3324 VRW

ORDER

On July 21, 2009, plaintiff filed her action together with an application to proceed in forma pauperis. Doc #1. On October 19, 2009, after this case was reassigned to the undersigned judge, the court granted plaintiff's application to proceed in forma pauperis. Doc #6.

After that order, there was no activity on this case for more than eight months. On June 24, 2010, the court ordered that if plaintiff wished to proceed with her lawsuit, she was required to file with the court a letter so stating no later than July 30, 2010. Doc #7 at 1. Plaintiff was further informed that if such a letter was not received on or before July 30, 2010, this case would be dismissed without prejudice. Id. Plaintiff was advised to contact the Bar Association of San Francisco's Legal Help Center for free legal assistance with her case. Id at 2. Plaintiff was served with the court's order on June 25, 2010. Doc #8. There has been no further docket activity in this case.

1   Accordingly, pursuant to Federal Rule of Civil Procedure
2 41(b), the court hereby dismisses plaintiff's claims against
3 defendant without prejudice.  The clerk is directed to close the
4 file.
5
6   IT IS SO ORDERED.
7
8   _____
  VAUGHN R WALKER
9   United States District Judge